AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  CONRAD, GLEN E. | 2. Court or Organization  US DISTRICT COURT | 3. Date of Report  05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  210 FRANKLIN RD - ROOM 320  P O BOX 2822  ROANOKE, VA 24001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | The Ted Dalton American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 A 11. 21 RECEIVED FINANCIAL DISCLOSURE OFFICE

Conrad_Glen_E

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regent University School of Law | February 7 - 9, 2008 | Virginia Beach, VA | judging moot court | Food and lodging expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House ●Lots Pulaski Co., VA | | None | M | Q | | | | | |
| 2. ▓▓▓▓▓ (1/5 interest) Dare County, NC | D | Rent | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. American Electric Power CS | B | Dividend | K | T | | | | | |
| 7. AT&T Corp. CS | A | Dividend | K | T | | | | | |
| 8. Ball Corp. CS | A | Dividend | | | Sold | 02/11 | J | | |
| 9. Bard C.R. Inc. CS | A | Dividend | J | T | | | | | |
| 10. Belden CDT Inc. CS | A | Dividend | | | Sold | 01/17 | J | A | |
| 11. Berkshire Hathaway, Inc. CS | | None | J | T | | | | | |
| 12. BMC Software, Inc. CS | A | Dividend | | | Buy | 07/24 | J | | |
| 13. | | | | | Sold | 10/08 | J | | |
| 14. Celgene Corp. CS | A | Dividend | J | T | Buy | 11/05 | J | | |
| 15. Chesapeake Energy CS | A | Dividend | J | T | Buy | 04/11 | J | | |
| 16. C H Robinson Worldwide, Inc. CS | A | Dividend | J | | Buy | 04/11 | J | | |
| 17. | | | | | Sold | 04/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 05/01 | J | | |
| 19. | | | | | Sold | 05/27 | J | | |
| 20. Cisco CS | A | Dividend | J | T | | | | | |
| 21. Clinical Data, Inc. CS | A | Dividend | L | T | Buy (add'l) | 1/23 | J | | |
| 22. | | | | | Buy (add'l) | 07/08 | K | | |
| 23. | | | | | Buy (add'l) | 11/20 | J | | |
| 24. CME Group Inc. CS | A | Dividend | | | Sold | 08/14 | J | | |
| 25. Comcast Corp. CS | | None | J | T | | | | | |
| 26. Conoco Phillips Corp. CS | A | Dividend | K | T | | | | | |
| 27. CSX Corp CS | A | Dividend | J | T | | | | | |
| 28. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 29. Danaher Corp. CS | A | Dividend | J | T | | | | | |
| 30. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 31. Duke Energy Corp. CS | A | Dividend | | | Sold | 10/22 | J | | |
| 32. Encana Corp. CS | A | Dividend | J | T | | | | | |
| 33. Fairpoint (Verizon spin-off) CS | A | Dividend | J | T | Spinoff (from line 82) | 04/01 | J | | |
| 34. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MTB (tax free bond fund) | B | Dividend | M | T | | | | | |
| 36. MTB (tax free bond fund) (See VIII) | B | Dividend | M | T | | | | | |
| 37. Fluor Corp. CS | A | Dividend | J | T | Buy | 07/17 | J | | |
| 38. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 39. Gilead Sciences, Inc. CS | A | Dividend | J | T | | | | | |
| 40. Glaxo Smithkline CS | A | Dividend | K | T | | | | | |
| 41. Greif Inc. CS | A | Dividend | J | T | Buy | 02/07 | J | | |
| 42. Halozyme Therapeutic CS | A | Dividend | M | T | Buy (add'l) | 01/18 | J | | |
| 43. Harsco Corp. CS | A | Dividend | | | Sold | 10/24 | J | | |
| 44. Hologic Inc. CS | A | Dividend | | | Sold | 05/08 | J | | |
| 45. Hospira CS | | None | J | T | | | | | |
| 46. Idearc Inc. CS | A | Dividend | J | T | | | | | |
| 47. International Business Machines Corp. CS | A | Dividend | J | T | Buy | 10/21 | J | | |
| 48. Intuitive Surgical, Inc. CS | A | Dividend | J | T | Sold (part) | 02/01 | J | C | |
| 49. ITT Educational Services, Inc. CS | A | Dividend | J | T | Buy | 12/10 | J | | |
| 50. MEDCO Health CS | | None | J | T | | | | | |
| 51. L3 Communications, Inc. CS | A | Dividend | | | Sold | 07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Lockheed Martin Corp. CS | A | Dividend | J | T | | | | | |
| 53. Logitech Int'l. CS | A | Dividend | | | Sold | 10/08 | J | | |
| 54. McDonalds Corp. CS | A | Dividend | J | T | Buy | 08/14 | J | | |
| 55. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 56. Microsoft Corp. CS | A | Dividend | | | Sold | 07/24 | J | | |
| 57. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 58. Norfolk Southern Corp. CS | A | Dividend | | | Buy | 10/15 | J | | |
| 59. | | | | | Sold | 10/21 | J | A | |
| 60. Nucor Corp. CS | A | Dividend | J | T | Buy | 12/10 | J | | |
| 61. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 62. Omnicom Group, Inc. CS | A | Dividend | | | Sold | 01/17 | J | | |
| 63. Oracle Corp. CS | A | Dividend | J | T | | | | | |
| 64. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 65. Plum Creek Timber Co. Inc. CS | A | Dividend | J | T | | | | | |
| 66. Proctor & Gamble CS | A | Dividend | | | Sold | 05/27 | K | D | |
| 67. Quest Communications CS | | None | J | T | | | | | |
| 68. Rockwell Collins Inc. CS | A | Dividend | | | Sold | 01/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger LTD CS | A | Dividend | J | T | Sold (part) | 01/22 | J | C | |
| 70. Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 71. Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 72. Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 73. SPDR Gold Trust Gold Shares | A | Dividend | J | T | Buy | 10/29 | J | | |
| 74. SPDR Index Shares Emerging Latin America EFT | A | Dividend | J | T | Buy | 05/13 | J | | |
| 75. Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 76. The Travelers Companies CS | A | Dividend | J | T | | | | | |
| 77. Strayer Education Inc. CS | A | Dividend | | | Buy | 10/27 | J | | |
| 78. | | | | | Sold | 11/03 | J | B | |
| 79. Transocean Inc. CS | A | Dividend | J | T | Sold (part) | 07/23 | J | B | |
| 80. US Treasury Bills | A | Dividend | | | Buy (add'l) | 02/28 | K | | |
| 81. | | | | | Redeemed | 05/01 | K | A | |
| 82. Verizon Communications CS | C | Dividend | K | T | | | | | |
| 83. Wachovia Corp. CS | A | Dividend | K | T | Buy (add'l) | 09/17 | K | | |
| 84. | | | | | Buy (add'l) | 09/18 | J | | |
| 85. Wachovia Bank (checking account)(See VIII) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Woodward Governor Company CS | A | Dividend | J | T | Buy | 05/27 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line #1 - Appraisal date -May 2004
Part VII, Line #2 - Appraisal date - September 1999
Part VII, Line 34 - First Opportunity Fund was formerly known as First Financial Fund Inc.
Part VII, Line #36 - ███████ ownership w/███████
Part VII, Line #85 - ███████ ownership w/███████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544